| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JASON PAUL SCHAEFER, §
§
    Petitioner, §
§
versus §   CIVIL ACTION NO. 1:22-CV-440
§
WARDEN, USP BEAUMONT, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Jason Paul Schaefer, an inmate currently confined at USP Coleman II, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying Petitioner's motion for default judgment (#23) and dismissing the petition as moot (#24). No objections to the Report and Recommendation have been filed to date.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the reports of the magistrate judge (#s 23 & 24) are **ADOPTED.** A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 13th day of September, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE